United States Bankruptcy Court
Eastern District of New York

In re:  
Nicole F. Desposito  
    Debtor

Case No. 18-43929-cec  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 1     Date Rcvd: Sep 24, 2018  
                                  Form ID: 268     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.  
db          Nicole F. Desposito,    78 Florence Pl,    Staten Island, NY  10309-3613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 24 2018 18:33:05         Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),    U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449  
                                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2018 at the address(es) listed below:  
        Kevin B Zazzera     on behalf of Debtor Nicole F. Desposito kzazz007@yahoo.com  
        Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov  
        Richard J. McCord     rmccord@cbah.com,  
        afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com  
                                                                                                              TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nicole F. Desposito** | Social Security number or ITIN **xxx–xx–3624** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | | Date case filed for chapter **7   7/6/18** |
| Case number:  **1–18–43929–cec** | | |

# NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION OR OFFICIAL FORM 423 CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 423 is filed by October 9, 2018, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: September 23, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 02/01/17]